IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LEE JONES, JR., #1662325 | § | |
| VS. | § | CIVIL ACTION NO. 6:13cv333 |
| PAM PACE MOORE, ET AL. | § | |

<u>ORDER OF DISMISSAL</u>

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie.  The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the Report and Recommendation (docket entry #6) is **ADOPTED**.  It is further

**ORDERED** that the complaint is **DISMISSED** without prejudice for want of prosecution and failure to obey an order.  Fed. R. Civ. P. 41(b);  Rule 41, Local Rules for the Eastern District of Texas.  All motions not previously ruled on are **DENIED**.

**It is SO ORDERED**.

**SIGNED this 26th day of June, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE